CAROL C. LOWE *v.* MORTON E. LOWE

The motion by the plaintiff to amend the assignment of errors in the appeal from the Superior Court in Fairfield County is granted; the amendment is to be filed within ten days.

*Sigmund L. Miller,* on the motion.

Submitted August 13—decided September 24, 1969

PAT CICALA *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT

The motion by the plaintiff to strike certain portions of the assignment of errors in the appeal from the Superior Court in Fairfield County is denied.

*George N. Wakelee,* in support of the motion.

Submitted August 13—decided September 24, 1969

WALTER SHANBROM *v.* MARION TUPKO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*David E. FitzGerald, Jr.,* in support of the petition.

*Louis Feinmark* and *Irving Smirnoff,* in opposition.